E-FILED
Monday, 22 May, 2006  03:34:26 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THOMAS M. BROWN, | )    No. 05-30001 |
| | ) |
| Defendant, | ) |
| | ) |
| EAGLE ONE INVESTMENTS, | ) |
| | ) |
| Third Party Respondent. | ) |

OPINION AND TURNOVER ORDER
ON CITATION TO DISCOVER ASSETS THIRD PARTY #2

JEANNE E. SCOTT, U.S. District Judge:

The United States of America's Motion for Turnover on Citation to Discover Assets Third Party #2 (Motion) (d/e 28) is ALLOWED.  Pursuant to the Motion with supporting Memorandum and by agreement of the Defendant, and Amy R. Brown, Joint Tenant of the Property, the Respondent, Eagle One Investments, is hereby ordered to turnover to the Clerk, U.S. District Court, 309 Federal Building, 100 N.E. Monroe, Peoria, IL 61602, the present value of the assets of Thomas M. Brown as listed in

1

its Answer (Doc.19) being John Hancock Mutual Funds with an approximate balance of $6,213.57 and a surrender value of $6,015.37 as of the date of the Respondent's Answer for payment on the restitution Order.

IT IS THEREFORE SO ORDERED.

ENTER:  May 18, 2006.

    FOR THE COURT:

                              s/ Jeanne E. Scott
                              JEANNE E. SCOTT
                        UNITED STATES DISTRICT JUDGE