IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  05-30001 |
| | ) | |
| THOMAS M. BROWN, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| JOHN HANCOCK SIGNATURE SERVICES, | ) ) | |
| | ) | |
| Third Party Respondent. | ) | |

**OPINION AND TURNOVER ORDER
ON CITATION TO DISCOVER ASSETS THIRD PARTY #4**

JEANNE E. SCOTT, U.S. District Judge:

The United States of America's Motion for Turnover Order on Citation to Discover Assets Third Party #4 (Motion) (d/e 30) is ALLOWED.  Pursuant to the Motion of the United States of America with supporting Memorandum and by agreement of the Defendant, and Amy R. Brown, Joint Tenant of the Property, the Respondent, John Hancock Signature Services, is hereby ordered to turnover to the Clerk, U.S. District Court, 309 Federal Building, 100 N.E. Monroe, Peoria, IL 61602, the

1

present net asset value of the share balances in the accounts of Thomas M. Brown as listed in its Answer (d/e 20) being account number xxx-xxx4396 and xxx-xxx4186 with account balances of $6,182.36 and $6,381.44 respectively as of the date of the Respondent's Answer for payment on Thomas M. Brown's restitution Order.

IT IS THEREFORE SO ORDERED.

ENTER:  May 18, 2006.

    FOR THE COURT:

                                        s/ Jeanne E. Scott
                                        JEANNE E. SCOTT
                        UNITED STATES DISTRICT JUDGE