IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  05-30001 |
| | ) | |
| THOMAS M. BROWN, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| OLD NATIONAL BANCORP, | ) | |
| | ) | |
| Third Party Respondent. | ) | |

**OPINION AND TURNOVER ORDER**
**ON CITATION TO DISCOVER ASSETS THIRD PARTY #6**

JEANNE E. SCOTT, U.S. District Judge:

The United States of America's Motion for Turnover Order on Citation to Discover Assets Third Party #6 (Motion) (d/e 31) is ALLOWED.  Pursuant to the Motion of the United States of America with supporting Memorandum and by agreement of the Defendant, the Respondent, Old National Bancorp, is hereby ordered to turnover to the Clerk, U.S. District Court, 309 Federal Building, 100 N.E. Monroe, Peoria, IL 61602, the funds in the account of Thomas M. Brown listed in its

1

Answer (d/e 17) being approximately $921.06 as of the date of the Answer for payment on Thomas M. Brown's restitution Order.

IT IS THEREFORE SO ORDERED.

ENTER: May 18, 2006.

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE